**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA MARIE RAMOS-SANTOYA, | CASE NO. CV F 07-1672 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| vs. | |
| JOSE ANTONIO LAGUNAS, et al. | |
| Defendants. | |

On November 19, 2007, plaintiff filed this action against defendants Jose Antonio Lagunas ("Mr. Lagunas") and the Embassy of Mexico and/or the Sovereign Country of Mexico ("Embassy"). To date, plaintiff has failed to file proofs of service of the summons and complaint on Mr. Lagunas and the Embassy.

F.R.Civ.P. 4(m) addresses the time limit to serve a summons and complaint:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

F.R.Civ.P. 4(m) "encourages efficient litigation by minimizing the time between commencement of an action and service of process." *Electric Specialty Co. v. Road and Ranch Supply, Inc.*, 967 F.2d 309, 311 (9th Cir. 1992) (addressing former F.R.Civ.P. 4(j)).

Accordingly, this Court ORDERS plaintiff, no later than May 2, 2008, to file papers to show

good cause why Mr. Lagunas and the Embassy should not be dismissed from this action due to failure to serve timely Mr. Lagunas and the Embassy with a summons and complaint. This Court will discharge this order to show cause if, prior to May 1, 2008, plaintiff: (1) serves Mr. Lagunas and the Embassy with a summons and complaint and files proof of such service; or (2) dismisses this action.

**This Court will dismiss this action if plaintiff fails to: (1) establish good cause for failure to serve timely Mr. Lagunas and the Embassy with a summons and complaint; or (2) comply with this order.**

IT IS SO ORDERED.

**Dated:   April 25, 2008**               **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE