**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA MARIE RAMOS-SANTOYA, | CASE NO. CV F 07-1672 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS ACTION** |
| vs. | |
| JOSE ANTONIO LAGUNAS, et al. | |
| Defendants. | |

On November 19, 2007, plaintiff filed this action against defendants Jose Antonio Lagunas ("Mr. Lagunas") and the Embassy of Mexico and/or the Sovereign Country of Mexico ("Embassy"). To date, plaintiff has failed to comply with F.R.Civ.P. 4(m) to file proofs of service of the summons and complaint on Mr. Lagunas and the Embassy.

In addition, plaintiff failed to comply with this Court's April 25, 2008 order to file papers, no later than May 2, 2008, to show good cause why Mr. Lagunas and the Embassy should not be dismissed from this action due to failure to serve timely Mr. Lagunas and the Embassy with a summons and complaint. The order admonished: "**This Court will dismiss this action if plaintiff fails to: (1) establish good cause for failure to serve timely Mr. Lagunas and the Embassy with a summons and complaint; or (2) comply with this order.**"

On the basis of good cause, this Court:

1. DISMISSES this action without prejudice based on plaintiff's failure to comply with

1       F.R.Civ.P. 4(m) and this Court's April 25, 2008 order; and

2    2.    DIRECTS the clerk to close this action.

3       IT IS SO ORDERED.

4 **Dated:**   **May 5, 2008**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE